**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

KAYLA HARRIS AND STEPHANIE BRAULICK,

*individually, and on behalf of those similarly situated*,

Plaintiff,

v.

GILLETTE CHILDREN'S SPECIALTY HEALTHCARE,

*a Minnesota nonprofit corporation*,

Defendant.

Case No. 24-cv-01687 (KMM/JFD)

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

---

Defendant Gillette Children's Specialty Healthcare ("Gillette Children's"), through its attorneys, moves the Court for an order under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Complaint with prejudice. Gillette Children's bases this motion on all of this action's files, records, oral arguments, and its briefing and supporting materials, which will be filed and served in accordance with the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules.

Dated: July 18, 2024

s/ Nicole M. Moen
Nicole M. Moen (#0329435)
Geoffrey W.B. Koslig (#0402717)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: 612.492.7000
nmoen@fredlaw.com
gkoslig@fredlaw.com

***Attorneys for Defendant***
***Gillette Children's Specialty Healthcare***