**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

KAYLA HARRIS AND STEPHANIE BRAULICK,

*individually, and on behalf of those similarly situated*,

Plaintiff,

v.

GILLETTE CHILDREN'S SPECIALTY HEALTHCARE,

*a Minnesota nonprofit corporation*,

Defendant.

Case No. 24-cv-01687 (KMM/JFD)

**DECLARATION OF NICOLE M. MOEN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

---

I, Nicole M. Moen, declare and state as follows:

1. I am a shareholder at the law firm of Fredrikson & Byron, P.A., and an attorney representing Defendant Gillette Children's Specialty Healthcare ("Gillette Children's") in the above-captioned matter. I make this declaration in support of Defendant's Motion to Dismiss Plaintiffs' Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of a screenshot of Gillette Children's homepage showing the "Cookie Banner" that appears on Gillette Children's website, as retrieved from Gillette Children's website on June 19, 2024, available at https://www.gillettechildrens.org.

3. Attached hereto as **Exhibit B** is a true and correct copy of Gillette Children's Legal Notices, as retrieved from Gillette Children's website on June 19, 2024, available at https://www.gillettechildrens.org/legal-notices.

4. The underlined and bolded phrase "**Legal Notices**" on page 5 of Gillette Children's Legal Notices in Exhibit B links to the email address LegalNotices@gillettechildrens.com, as can be readily discovered on Gillette Children's website.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Class Action Complaint filed in *Baker v. Seattle Children's Hosp.*, Case No. 23-2-19331-8, Dkt. No. 1 (Wash. Sup. Ct. Oct. 6, 2023).

6. Attached hereto as **Exhibit D** is a true and correct copy of the Order granting Seattle Children's Hospital's Motion to Dismiss in *Baker v. Seattle Children's Hosp.*, Case No. 23-2-19331-8, Dkt. No. 21 (Wash. Sup. Ct. Feb. 23, 2024).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2024

*s/ Nicole M. Moen*
Nicole M. Moen