**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

KAYLA HARRIS AND STEPHANIE BRAULICK,

*individually, and on behalf of those similarly situated*,

Plaintiff,

v.

GILLETTE CHILDREN'S SPECIALTY HEALTHCARE,

*a Minnesota nonprofit corporation*,

Defendant.

Case No. 24-cv-01687 (KMM/JFD)

**MEET-AND-CONFER STATEMENT REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

---

I, Nicole M. Moen, representing Defendant Gillette Children's Specialty Healthcare, hereby certify that:

Counsel for Defendant, Nicole M. Moen and Geoffrey W.B. Koslig, met and conferred with the opposing party by:

Meeting via Microsoft Teams with counsel for Plaintiff, Ryan Ellersick,

On: July 17, 2024,

Discussing the following motion: Defendant's Motion to Dismiss Plaintiffs' Complaint.

As a result of the meet-and-confer, the parties:

☒ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated: July 18, 2024

*s/ Nicole M. Moen*

Nicole M. Moen (#0329435)
Geoffrey W.B. Koslig (#0402717)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: 612.492.7000
nmoen@fredlaw.com
gkoslig@fredlaw.com

***Attorneys for Defendant***
***Gillette Children's Specialty Healthcare***