**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

KAYLA HARRIS AND STEPHANIE BRAULICK,

*individually, and on behalf of those similarly situated*,

Plaintiff,

v.

GILLETTE CHILDREN'S SPECIALTY HEALTHCARE,

*a Minnesota nonprofit corporation*,

Defendant.

Case No. 24-cv-01687 (KMM/JFD)

**AMENDED WORD COUNT COMPLIANCE CERTIFICATE**

---

Defendant's July 18, 2024 Word Count Compliance Certificate incorrectly stated that Defendant's *Memorandum in Support of Its Motion to Dismiss Plaintiffs' Complaint* contained 8,899 words. That number inadvertently included the caption, table of contents, table of authorities, and signature block; that number also inadvertently excluded the footnotes. The correct length of the brief is 7,685 words, including headings, footnotes, and quotations.

Dated: August 13, 2024

*s/ Nicole M. Moen*

Nicole M. Moen (#0329435)
Geoffrey W.B. Koslig (#0402717)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: 612.492.7000
Facsimile: 612.492.7077
nmoen@fredlaw.com
gkoslig@fredlaw.com

***Attorneys for Defendant***
***Gillette Children's Specialty Healthcare***