# UNITED STATES DISTRICT COURT
## District of Minnesota

Kayla Harris, Stephanie Braulick,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.

Case Number: 24-cv-1687 (KMM/JFD)

Gillette Children's Specialty Healthcare,

Defendant.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

Date: 4/23/2025

KATE M. FOGARTY, CLERK